

## PARDALIS & NOHAVICKA, LLP
### ━ ATTORNEYS ━

January 23, 2026

**VIA ELECTRONIC CASE FILING**
Honorable Lewis J. Liman
United States District Court
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

The request for an extension of time to file an answer and for an adjournment of the pre-trial conference is GRANTED.  The conference will now be held on March 11, 2026.
Date: January 26, 2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**Re:**  **Jhapeth Dharry v. *60th Street Restaurant Corp., et al.***
**Case No.: 1:25-cv-08647 (LJL)**
**Request for Extension of Time to File Answer**
**Request for Adjournment of Pre-Trial Conference**

Dear Honorable Judge Liman:

We represent the Defendants in the above-referenced matter. The parties are actively engaged in settlement discussions and are optimistic that an amicable resolution can be reached in this matter. Accordingly, we respectfully request a thirty (30) day extension of time to file our Answer on behalf of Defendants to March 25, 2026. We have conferred with Plaintiff's counsel, who consents to our request. For the same reasons, we also write jointly with Plaintiff's counsel to request a thirty (30) day adjournment of the pre-trial conference scheduled for February 9, 2026. This is the Parties' first request for such relief. We thank the Court for its attention to this matter.

Respectfully submitted,

**PARDALIS & NOHAVICKA, LLP**

Israel Klein, Esq.

950 THIRD AVENUE, 11TH FLOOR, NEW YORK, NY 10022
P: 212.213.8511 | F: 347.897.0094 | Israel@pnlawyers.com | www.pnlawyers.com

950 Third Avenue, 11th Floor
New York, New York 10022
Tel: (212) 213-8511
Fax: (347) 897-0094
Israel@pnlawyers.com
*Attorneys for Defendants*


cc:     Counsel of record (via ECF)