# THE MARKS LAW FIRM, P.C.

February 23, 2026

***VIA CM/ECF***
The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY 10007

RE:      **Case Name:**      **Jhapeth Dharry v. 60th Street Restaurant Corp., et al**
                **Docket Number:**   **1:25-cv-08647(LJL)**
                **Joint Request for Mediation Referral & Deadline Extension**

Dear Honorable Judge Liman,

The parties jointly request an immediate referral to the SDNY's Mediation Program, with mediation to be completed within 60 days, and an adjournment of the initial conference currently scheduled for March 11, 2026 (with the CMP due March 4, 2026).

This is the parties' first request for a mediation referral. The request is made in light of ongoing, meaningful settlement discussions, and the parties believe the referral can help get this settlement across the finish line. If the matter does not resolve, the parties will submit a joint letter within five business days of the mediation's conclusion to request that an initial conference be scheduled.

To allow the parties to focus on resolution, they also jointly request that the March 11, 2026, initial conference and corresponding filing of the CMP be adjourned *sine die*. This is the second request to adjourn the initial conference; the prior request was granted.

Thank you for the Court's consideration. Please advise if any additional information is required.

Very truly yours,

Darren R. Marks

The request is GRANTED. The initial conference is adjourned sine die. The parties are ordered to submit a joint letter within five business days of the mediation's conclusion.
Date: February 24, 2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge